**MISDEMEANOR MINUTES:**

| | |
|---|---|
| Time Set: 9:00 a.m. | Date: October 19, 2016 |
| Time Started: _____ | Presiding Judge: Robert J. Krask |
| Time Ended: _____ | Courtroom Deputy: L. Woodcock |
| Recorded by: FTR | U.S. Attorney: James Cole, SAUSA |
| | Defense Counsel: _____ |

Case Number: 2:16mj404   ( ) Retained   ( ) Court-appointed
                          ( ) AFPD       ( ) Waived Counsel

USA v. Joshua Q. Harris

COUNTS: 1) DUSL
        2) _____
        3) _____
        4) _____

( ) ( ) Present ( ) In custody (✓) No appearance ( ) Excused Prior to Court
( ) Initial Appearance (✓) Docket Call ( ) Plea of Guilty ( ) Bench Trial ( ) Jury Trial
( ) Defendant advised of rights.
( ) Consent to Proceed before U.S. Magistrate Judge executed and filed in open court.
( ) Acknowledgment of Rights Form executed and filed in open court.
(✓) Government motion: ( ) Warrant ( ) Summons (✓) Continue ( ) DWOP ( ) DWP
( ) Other _____                    (✓) Granted   ( ) Denied
( ) Defendant motion: ( ) Continue ( ) Judgment of Acquittal ( ) Strike
( ) Other _____                    ( ) Granted   ( ) Denied
( ) Counsel desired; Court ( ) Directed ( ) Denied ( ) Government not seeking jail time
( ) Defendant shall reimburse govt. for court appointed counsel at rate of $_____/mo. begin _____
( ) Defendant will to retain counsel. ( ) Retained Counsel _____
(✓) Case continued to 9:00 a.m. on 11-2-16
( ) Bond set _____ with the following conditions of release:

1) ( ) Probation Office supervision
2) ( ) Shall not operate m/v after consuming alcohol
3) ( ) Prohibited from operating a motor vehicle unless properly licensed to do so
4) ( ) No consumption ( ) No excessive use of alcohol
5) ( ) Substance abuse testing and if positive treatment as deemed necessary by PO.
6) ( ) Mental health evaluation and treatment as deemed necessary by PO
7) ( ) No use/possession of narcotic/controlled substance unless prescribed by physician
8) ( ) _____

( ) Proffer
( ) Statement by Defendant
( ) Found Guilty   ( ) Found Not Guilty
( ) Dismissed by Court
( ) Sentencing: _____
( ) Defendant remanded to custody
( ) Evidence & Witnesses presented
( ) PSR WAIVED by all parties
( ) Continued for Pre-sentence Report
( ) Advised of Right to Appeal

| FINE: | ASSESSMENT: | PROCESSING FEE: | RESTITUTION: |
|---|---|---|---|
| 1) $_____ | 1) $_____ | 1) $_____ | 1) $_____ |
| 2) $_____ | 2) $_____ | 2) $_____ | 2) $_____ |
| 3) $_____ | 3) $_____ | 3) $_____ | 3) $_____ |
| 4) $_____ | 4) $_____ | 4) $_____ | 4) $_____ |

( ) Jail: _____ ( ) To be released at 5:00 p.m. today ( ) As special condition of probation
( ) Probation: _____ ( ) Supervised Release: _____
( ) Driving privileges within special maritime and territorial jurisdiction of the United States are suspended for ONE (1) YEAR.